IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02392-LTB-BNB

MICHAEL TAMBURELLO,

Plaintiff,

v.

THOMAS E. NORTON, in his official capacity,
MARGARET CATLIN, in her official capacity,
CRAIG SIRACUSA, in his official capacity,
PAMELA HUTTON, in her official capacity,
GARY MEACHAM, in his official capacity,
TIM HARRIS, in his official capacity, and
KEN DEPINTO, in his official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Complaint** [docket no. 28, filed April 30, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing Attachment 1 to docket no. 28, the Amended Complaint.

DATED:  May 2, 2007