### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.  06-cv-02392-LTB-BNB

MICHAEL TAMBURELLO,

      Plaintiff,

v.

THOMAS E. NORTON, in his official capacity;
MARGARET CATLIN, in her official capacity;
CRAIG SIRACUSA, in his official capacity;
PAMELA HUTTON, in her official capacity;
GARY MEACHAM, in his official capacity;
TIM HARRIS, in his official capacity;
KEN DEPINTO, in his official capacity;

      Defendants.
_____

### MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's unopposed motion for stay (Doc. 38) is GRANTED.  The case plan deadlines in the Scheduling Order are stayed for six months, to and including December 6, 2007, to allow Plaintiff to obtain new counsel.

Dated:  June 8, 2007
_____