IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

'

Civil Action No. 06-cv-02392-LTB-BNB

MICHAEL TAMBURELLO,

Plaintiff,

v.

THOMAS E. NORTON, in his official capacity,
MARGARET CATLIN, in her official capacity,
CRAIG SIRACUSA, in his official capacity,
PAMELA HUTTON, in her official capacity,
GARY MEACHAM, in his official capacity,
TIM HARRIS, in his official capacity, and
KEN DEPINTO, in his official capacity,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **November 23, 2007**, the parties shall file a stipulation or motion to dismiss without prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge