**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02392-LTB-BNB

MICHAEL TAMBURELLO,

    Plaintiff,

v.

THOMAS E. NORTON, in his official capacity;
MARGARET CATLIN, in her official capacity;
CRAIG SIRACUSA, in his official capacity;
PAMELA HUTTON, in her official capacity;
GARY MEACHAM, in his official capacity;
TIM HARRIS, in his official capacity;
KEN DEPINTO, in his official capacity;

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 51 - filed November 21, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                         BY THE COURT:

                                           s/Lewis T. Babcock
                                           Lewis T. Babcock, Judge

DATED:  November 26, 2007